```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )  Case No. 01:01CR5138 OWW
                                )
11            Plaintiff,        )  MOTION AND ORDER TO WITHDRAW
                                )  THE REQUEST FOR DISMISSAL OF
12       v.                     )  COMPLAINT
                                )
13  MUSTASIM ALRAWASHDEH,       )
                                )
14            Defendant.        )
    _____)
15
```

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and MARK E. CULLERS, Assistant United States Attorney, hereby seek to vacate and withdraw the motion and order to dismiss the complaint, filed on April 4, 2012, as to the above-named defendant. The defendant is a fugitive on a supervised release violation. The request was filed in error. The arrest warrant issued shall remain active.

DATED: April 5, 2012                Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Mark E. Cullers
                                    MARK E. CULLERS
                                    Assistant U.S. Attorney

1

## **ORDER**

**IT IS HEREBY ORDERED** that the request to dismiss the complaint filed on April 4, 2012, be vacated and withdrawn as it was filed in error. The arrest warrant issued shall remain active.

IT IS SO ORDERED.

Dated:     April 5, 2012     _____
                             CHIEF UNITED STATES DISTRICT JUDGE